**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **EMROLD WILSON** | **CIVIL ACTION NO. 6:20-CV-00150** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **GREENWICH INSURANCE COMPANY AND AARON'S, INC.** | **MAGISTRATE JUDGE HANNA** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motion to Dismiss [Rec. Doc. 7] is DENIED.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 1st day of May, 2020.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**